# Court of Appeals
# of the State of Georgia

ATLANTA, August 02, 2021

*The Court of Appeals hereby passes the following order*

**A21D0403. RANDY EDWARDS v. THE STATE et al. .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

12CV02745 12CR0234B 13CR0216 13CR377 13CR736 13CR0276B 21MS041 12CE0234 13CR0276



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 02, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*